IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANUEL MOTA | : | CIVIL ACTION |
| | : | NO. 11-4298 |
| v. | : | |
| | : | |
| AARON'S SALES AND LEASE OWNERSHIP | : | |
| | : | |
| | : | |

## **ORDER**

AND NOW, this 4th day of September, 2012, upon consideration of defendant's motion for summary judgment, plaintiff's response and defendant's reply, it is ORDERED that the motion is GRANTED and judgment is ENTERED in the above action in favor of defendant Aaron's Sales and Lease Ownership and against plaintiff Manuel Mota.

                                               *s/Thomas N. O'Neill, Jr.*
                                               THOMAS N. O'NEILL, JR., J.